# UNITED STATES DISTRICT COURT

for the
Northern District of Illinois

**SONYA STANTON, individually and on behalf of others similarly situated**

*Plaintiff*

v.

**MONIN, INC.**

*Defendant*

Civil Action No. 1:26-cv-11319

## DECLARATION OF SERVICE

I, Nicolas Riley, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Monin, Inc. in Pinellas County, FL on October 20, 2026 at 4:02 pm at 2100 Range Rd, Clearwater, FL 33765-2125 by leaving the following documents with Karolyn M who as Front Desk Manager is authorized by appointment or by law to receive service of process for Monin, Inc..

Summons Issued
Complaint Filed

Additional Description:
Documents deliver to the receptionist, who is authorized to accept paperwork on behalf of the company.
Race: White, Sex: Female, Est. Age: 55-64, Hair: Gray, Glasses: Y, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=27.9794308,-82.7496009
Photograph: See Exhibit 1

Total Cost: $90.25

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the

undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Pinellas County,

FL on 10/26/2026.

/s/ Nicolas Riley

Signature
Nicolas Riley
+1 (727) 301-9461


Exhibit 1a)
MONIN